IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM WALLACE MCGUIRE,
    Petitioner,

vs.                                  Case No.: 3:03cv479/LAC/EMT

JAMES V. CROSBY, JR.,
    Respondent.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 27, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed, if any.

    Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of habeas corpus (Doc. 1) is **DENIED** with prejudice.

    **DONE AND ORDERED** this 6th day of July, 2005.

                                                  *s/L.A. Collier*
                                                  **LACEY A. COLLIER**
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**